UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Kenneth Alexander Goodwin,

    Defendant.

Case No. 2:25-CR-00076-APG-BNW

~~Proposed~~ Order

    IT IS THEREFORE ORDERED that Mr. Goodwin's unopposed motion (ECF No. 20) is granted.

    IT IS FURTHER ORDERED that Mr. Goodwin is permitted to attend his grandson's celebration. He may leave his residence on Tuesday, July 1, 2025, no earlier than 5:30 PM. He may travel nowhere other than the Cosmopolitan of Las Vegas. He must return home no later than 8 PM.

    DATED this 25th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4