UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00076-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| KENNETH ALEXANDER GOODWIN, | |
| Defendant. | |

Pending before the Court is Defendant's latest request for relief from his pretrial release conditions based on his desire to spend time with family. ECF No. 38. The Court is not unsympathetic to Defendant's specific desire to meet a great grandchild; however, it is unclear why this great grandchild, who is stated to be one month old, cannot visit Defendant in his home rather than at a trampoline center where Defendant says the family will gather around this brand new baby. The Court also finds it unclear why other members of Defendant's family, who are gathering to meet the new baby, cannot gather at Defendant's home. Strong family connections and support are equally available to Defendant at his home as at a trampoline center.

In sum, home detention does not prevent Defendant from enjoying as much time with his family as possible in his home. Occasional events may support relief from Defendant's home detention. Nonetheless, under the circumstances presented, the Court finds Defendant's instant request for relief from his pretrial release conditions to be insufficiently supported. There is no reason Defendant cannot achieve what he claims is key to his pretrial success by visiting with family at his home. If additional circumstances prevent Defendant's grandchild from visiting her grandfather at his home with her new baby, Defendant is free to provide that information to the Court.

1      Accordingly, IT IS HEREBY ORDERED that the Motion for Order Permitting Local Travel
(ECF No. 38) is DENIED.

   Dated this 11th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE