# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

       Plaintiff,

   v.

Kenneth Alexander Goodwin,

       Defendant.

Case No. 2:25-CR-00076-APG-BNW

~~Proposed~~ Order

Good cause appearing, Mr. Goodwin's Unopposed Motion to Temporarily Remove Ankle Monitor for MRI (ECF No. 41) is granted.

IT IS THEREFORE ORDERED that the United States Probation Office temporarily remove Mr. Goodwin's ankle monitor to facilitate participation in an MRI on October 14, 2025, at 11:30 AM.

IT IS FURTHER ORDERED that Mr. Goodwin report to the pretrial services officer the morning of October 14, 2025, to have his ankle monitor removed prior to the appointment. Immediately following the appointment (and in any event, no later than the close of business), Mr. Goodwin must report to the probation officer to have his ankle monitor replaced.

DATED this <u>3rd</u> day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3