# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>KENNETH ALEXANDER GOODWIN,<br><br>    Defendant | Case No.: 2:25-cr-00076-APG-BNW<br><br>**Order Setting Hearing on Motion for Review of Magistrate Judge's Release Order**<br><br>[ECF No. 36] |

    Kenneth Goodwin appeals from Magistrate Judge Youchah's order denying Goodwin's request for modification of her prior release order. ECF No. 36. I must conduct a de novo review of the evidence before Magistrate Judge Youchah (and any additional evidence submitted by the parties), and make my own independent determination with no deference. *United States v. Koenig*, 912 F.2d 1190, 1193 (9th Cir. 1990). Having done so, I find that Judge Youchah's order sets forth the proper legal analysis and factual bases for the decision. Nevertheless, after consultation with Goodwin's supervising Pretrial Services Officer, I believe some relief can be fashioned to accommodate Goodwin's request and the need to protect the public. For instance, I could keep Goodwin on home detention with GPS monitoring but expand the list of activities for which he is allowed to leave home (e.g., gym access).

    I THEREFORE ORDER the parties to appear for a hearing on the motion on October 22, 2025 at 3:30 in Las Vegas courtroom 6C.

    DATED this 8th day of October, 2025.

                                                   ANDREW P. GORDON
                                                   CHIEF UNITED STATES DISTRICT JUDGE