UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Kenneth Alexander Goodwin,

    Defendant.

Case No. 2:25-CR-00076-APG-BNW

~~Proposed~~ Order

    IT IS THEREFORE ORDERED that Mr. Goodwin's unopposed motion (ECF No. 53) is granted.

    IT IS FURTHER ORDERED that Mr. Goodwin is permitted to travel to his son's residence on November 27, 2025. He may leave his residence no earlier than 2:00 PM, and he must return to his residence no later than 6:00 PM. He may not travel anywhere other than his son's residence during this time.

    DATED this 19th day of November, 2025.

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE