UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Kenneth Alexander Goodwin,

    Defendant.

Case No. 2:25-cr-00076-APG-BNW

~~Proposed~~ Order

    IT IS THEREFORE ORDERED that Mr. Goodwin's unopposed motion (ECF No. 57) is granted.

    IT IS FURTHER ORDERED that Mr. Goodwin is permitted to travel to his son's residence on December 25, 2025. He may leave his residence no earlier than 4:00 PM, and he must return to his residence no later than 9:00 PM. He may not travel anywhere other than his son's residence during this time.

    DATED this 16th day of December, 2025.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE