# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

       Plaintiff,

    v.

Kenneth Alexander Goodwin,

       Defendant.

Case No. 2:25-CR-00076-APG-BNW

~~Proposed~~ **Order**

    Good cause appearing, Mr. Goodwin's Unopposed Motion to Remove Home Detention and Location Monitoring Conditions (ECF No. 61) is granted.

    IT IS THEREFORE ORDERED that Mr. Goodwin is no longer subject to home detention and location monitoring conditions.

    IT IS FURTHER ORDERED that pretrial services coordinate removal of Mr. Goodwin's ankle monitor prior to February 19, 2026.

    DATED this 12th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

4