UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Kenneth Alexander Goodwin,<br><br>   Defendant. | Case No. 2:25-CR-00076-APG-BNW<br><br>**Proposed Order** |

  IT IS THEREFORE ORDERED that Mr. Goodwin's unopposed motion (ECF No. 64) is granted.

  IT IS FURTHER ORDERED that Mr. Goodwin is permitted to travel to Dallas, Texas, for his grandson's football game.

  DATED this 10th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE