UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

      Plaintiff,

    v.

Kenneth Alexander Goodwin,

      Defendant.

Case No. 2:25-CR-00076-APG-BNW

~~Proposed~~ **Order**

IT IS HEREBY ORDERED that Mr. Goodwin's unopposed motion (ECF No. 66) is granted.

IT IS FURTHER ORDERED that Mr. Goodwin is permitted to travel to San Francisco, California, for his grandson's football game.

DATED this 8th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

4