**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

KENNETH ALEXANDER GOODWIN,

Defendant

Case No.: 2:25-cr-00076-APG-BNW

**Order Granting in Part Motion to Seal**

[ECF No. 76]

Kenneth Goodwin moves to seal his sentencing memorandum and exhibits in their entirety. ECF No. 76. Blanket sealing like this is disfavored because the public has a strong interest in court filings remaining open for inspection. Medical records may be sealed. But the bulk of Goodwin's memorandum does not discuss his medical condition, and Exhibit L is not a medical record. Goodwin may redact from the memorandum all discussions of his medical condition, but Exhibit L must be filed in a public format.

I THEREFORE ORDER that Goodwin's motion to seal **(ECF No. 76) is granted in part**. The memorandum and exhibits filed at ECF No. 77 will remain under seal. By September 10, 2026, Goodwin must file an unsealed version of his sentencing memorandum, redacting references to his medical condition, and an unsealed version of Exhibit L.

DATED this 27th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE